NORTHWESTERN BENEVOLENT AND MUTUAL AID ASSOCIATION OF ILLINOIS

v.

JOHN C. MANN.

*Practice—Error without Injury—Damages—Computation.*

This court will not, upon a writ of error, reverse a judgment for an error which worked no injury to the plaintiff in error.

[Opinion filed November 24, 1886.]

IN ERROR to the Circuit Court of Edwards County; the Hon. C. C. BOGGS, Judge, presiding.

Messrs. MCNULTA & WELDON and HAMILTON SPENCER, for plaintiff in error.

Messrs. ROBINSON & JOHNS, for defendant in error.

This case is like the preceding one in all respects except a recital in the record that after default the plaintiff's attorneys computed the amount due at $2,000, and reported the same to the court, which proceeding is claimed to be erroneous.

It does not appear from the record that the court acted upon such computation in assessing the damages. On the contrary, it recites that the assessment was made upon evidence produced in court, so no harm was done by any action of the counsel in computing the amount due.

*Judgment affirmed.*